UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHELLE R. BOGGS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:14-CV-613
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

On July 27, 2015, the Magistrate Judge issued a Report and Recommendation [ECF No. 14] recommending that the Court reverse the Commissioner's decision denying Plaintiff's applications for disability insurance benefits and supplemental security income. The Commissioner filed timely objections [ECF No. 17], and Plaintiff responded [ECF No. 18].

The undersigned has undertaken an independent review of the administrative record, the Report and Recommendation, the Commissioner's objections, and Plaintiff's response. The Court concludes that the Report and Recommendation is consistent with the law and accurately summarizes the evidence of record. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [ECF No. 14].

The Commissioner's decision denying benefits is **REVERSED**, and this action is **REMANDED** to the Commissioner and the Administrative Law Judge for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

9-23-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE